UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| SHANNON HALCOMB, individually, )<br>A.H. and I.H., minor children by )<br>their next friend and parent )<br>Shannon Halcomb, C.W., a minor )<br>child by his next friend and )<br>guardian, Sharon Woods, and )<br>SHARON WOODS, individually, )<br>)<br>　　　　　Plaintiffs, )<br>)<br>　v. )<br>)<br>TONY STERWERF TRUCKING, LLC, )<br>and ANTHONY STERWERF, )<br>)<br>　　　　　Defendants. ) | Case No. 4:19-cv-00066-SEB-DML |

## ORDER OF DISMISSAL

Upon the Stipulation of Dismissal filed by Plaintiffs, Shannon Halcomb and A.H., minor child by next friend and parent, Sharon Halcomb, and Defendants, Tony Sterwerf Trucking, LLC and Anthony Sterwerf, it is ordered that Tony Sterwerf Trucking, LLC and Anthony Sterwerf be and hereby are **DISMISSED**, with prejudice.

DATED: __2/2/2021__

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Christopher R. Whitten
Emily M. Gettum
WHITTEN LAW OFFICE
cwhitten@indycounsel.com
egettum@indycounsel.com

Christopher M. Barry
Alexander R. Craig
CRAIG KELLEY & FAULTLESS
cbarry@ckflaw.com
acraig@ckflaw.com